## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Ladilya Cole

                            Plaintiff,

v.                                                   Case No.: 1:22–cv–05013
                                                                       Honorable Andrea R. Wood

Vector Business Group Corp.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2023:

        MINUTE entry before the Honorable Andrea R. Wood: The parties' agreed motion for entry of a confidentiality order [16] is granted. Enter Order. Telephonic motion hearing set for 1/12/2023 is stricken; parties need not appear. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.